```
                                                    FILED
                                                   NOV - 9 2005
1  SEYFARTH SHAW LLP
   Scott Page (State Bar No. 108515)               RICHARD W. WIEKING
2  Lisa Barnett Sween (State Bar No. 191155)       CLERK, U.S. DISTRICT COURT
   Cassandra H. Carroll (State Bar No. 209123)     NORTHERN DISTRICT OF CALIFORNIA
3  560 Mission Street, Suite 3100
   San Francisco, California 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5
   Attorneys for Defendants
6  KAISER FOUNDATION HOSPITALS
   KAISER FOUNDATION HEALTH PLAN, INC.
7  TOM LONG and MARIO CASTENADA

8                    IN THE UNITED DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 THOMAS C. KELLY,                )  Case No. C05-1789 MHP
                                   )
11        Plaintiff,                )  JOINT STIPULATION AND
                                   )  [PROPOSED] ORDER TO CONTINUE
12     v.                          )  CASE MANAGEMENT CONFERENCE,
                                   )  DEFENDANTS' MOTION TO DISMISS
13 KAISER FOUNDATION HOSPITALS, INC.;)  AND PLAINTIFF'S MOTION FOR
   KAISER FOUNDATION HEALTH PLAN,  )  SANCTIONS
14 INC.; KAISER PERMANENTE GROUP.; )
   TOM LONG, MARIO CASTENADA, and  )
15 Does 1 through 10, inclusive,   )
                                   )
16       Defendants,               )
                                   )
17
```

Plaintiff THOMAS C. KELLY ("Plaintiff") and Defendants KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, INC., TOM LONG, and MARIO CASTENADA ("Defendants"), by and through their counsel of record, hereby agree and stipulate that the Case Management Conference on this matter, along with Defendants' Motion to Dismiss and Plaintiff's Motion for Sanctions, currently scheduled for November 9, 2005, be continued to November 28, 2005, or as soon thereafter as the matter may proceed before this Court.

The parties make this joint request for a continuance of the Case Management Conference and motion deadlines on the belief that good cause exists for doing so because Defendants' counsel of record is not available on November 9, 2005, to attend the hearings, due to previously scheduled commitments.

1  For these reasons, the parties have stipulated to a continuance of the November 9, 2005,
2  Case Management Conference, as well as continuance of Defendants' Motion to Dismiss and
3  Plaintiff's Motion for Sanctions.
4  Accordingly, the parties respectfully request the Court set the Case Management
5  Conference on this matter, along with Defendants' Motion to Dismiss and Plaintiff's Motion for
6  Sanctions, currently scheduled for November 9, 2005, to be continued to ~~November 28~~ 2005, or
7  as soon thereafter as the matter may proceed before this Court.

8  DATED: November 7, 2005                SEYFARTH SHAW LLP

9

10                                         By _____
                                              Lisa Barnett Sween
11                                            Cassandra H. Carroll
                                           Attorneys for Defendants
12                                         KAISER FOUNDATION HOSPITALS,
                                              KAISER FOUNDATION HEALTH
13                                            PLAN, INC., TOM LONG AND MARIO
                                              CASTENADA

14  DATED: November __, 2005               LAW OFFICES OF MARYLON M. BOYD
15

16                                         By _____
17                                            Marylon M. Boyd
                                              Fanya E. Young
                                           Attorneys for Plaintiff
18                                         THOMAS C. KELLY

19
                                           **ORDER**
20
         IT IS SO ORDERED.
21  Dated: 11/9/05
22                                         _____
                                           JUDGE MARILYN HALL PATEL
23

24

25  SFI 28223759.1 / 23815-700010
26

27

28

                                              2
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Case No. C05-1789 MHP