UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS C. KELLY,<br><br>      Plaintiff(s),<br><br>  v.<br><br>KAISER FOUNDATION HOSPITALS,<br>INC., et al.,<br><br>      Defendant(s). | No. C05-1789 MHP (BZ)<br><br>**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

    Defendant Mario Castaneda has filed a timely request to be excused from personally attending the settlement conference. No opposition was filed. The Court finds good cause for excusing defendant's personal attendance. The Court **ORDERS** defendant to be available by telephone **Thursday, June 29, 2006**. If the Court concludes that the absence of defendant Mario Castaneda is interfering with the settlement discussions, the Court may continue the settlement conference, require defendant's personal attendance and impose appropriate sanctions.

Dated: May 11, 2006

                                         Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\KELLY.EXCUSE.ATTENDANCE.wpd

1