```
MARYLON M. BOYD, SBN: 139642
LAW OFFICES OF MARYLON M. BOYD
2201 Broadway Street, Suite 815
Oakland, CA 94612
Telephone: (510) 663-8772
Facsimile:  (510) 663-8791

Attorney for Plaintiff
Thomas C. Kelly
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NO: CV 05-01789 MPH

| | |
|---|---|
| THOMAS C. KELLY<br><br>      Plaintiff<br>vs.<br>KAISER FOUNDATION HOSPITALS, INC.; KAISER FOUNDATION HEALTH PLAN, INC.; MARIO CASTENADA; TOM LONG; And, Does 1 through 10, inclusive<br><br>      Defendants | NOTICE OF VOLUNTARY DISMISSAL AND VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant the Settlement Agreement of the PARTIES hereto, Plaintiff voluntarily dismisses the above captioned action with prejudice.

Respectfully submitted;
LAW OFFICES OF MARYLON M. BOYD

Dated: August 7, 2006

Marylon M Boyd Attorney
For Plaintiff Thomas Kelly

10/10/2007

*IT IS SO ORDERED*
Judge Marilyn H. Patel

Dismissal
Kelly v. Kaiser C05-1789 MHP